The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CUTTINGBOARD LLC, a Washington limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>B & W CUSTOM TRUCK BEDS, INC., a Kansas corporation,<br><br>　　　　Defendant. | No. 2:20-cv-00562-TSZ<br><br>UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO ANSWER BY 14 DAYS |

## **UNOPPOSED MOTION**

Plaintiff CuttingBoard LLC ("CuttingBoard") requests a 14-day extension of time for Defendant B & W Custom Truck Beds, Inc. ("B & W"), to answer CuttingBoard's Complaint. The purpose of the motion is to enable the parties to focus on settlement discussions. For this reason, CuttingBoard believes that good cause exists for the extension.

B & W does not oppose this motion.

If granted, the deadline for B & W to answer CuttingBoard's Complaint would be June 1, 2020.

## **ORDER**

Plaintiff's Unopposed Motion to Extend Time to Answer, docket no. 7, is GRANTED. The deadline for Defendant B&W Custom Truck Beds, Inc. to answer or otherwise respond to Plaintiff's complaint is EXTENDED to June 1, 2020.

DATED this 18th day of May, 2020.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

UNOPPOSED MOTION AND ORDER TO
EXTEND TIME TO ANSWER BY 14
DAYS -- 2

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983