The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CUTTINGBOARD LLC, a Washington limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> B & W CUSTOM TRUCK BEDS, INC., a Kansas corporation, <br><br> Defendants. | No. 2:20-cv-00562-TSZ <br><br> SECOND UNOPPOSED MOTION AND ORDER TO EXTEND TIME TO ANSWER BY 14 DAYS |

### **UNOPPOSED MOTION**

Plaintiff CuttingBoard LLC ("CuttingBoard") requests a second 14-day extension of time for Defendant B & W Custom Truck Beds, Inc. ("B & W"), to answer CuttingBoard's Complaint. The purpose of the motion is to enable the parties to conclude settlement discussions. For this reason, CuttingBoard believes that good cause exists for the extension.

B & W does not oppose this motion.

If granted, the deadline for B & W to answer CuttingBoard's Complaint would be June 15, 2020.

SECOND UNOPPOSED MOTION AND
ORDER TO EXTEND TIME TO ANSWER BY
14 DAYS -- 1

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

Respectfully submitted this 28th day of May, 2020.

By /s/ Michael G. Atkins
Michael G. Atkins
WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983
*mike@atkinsip.com*

Attorneys for Plaintiff CuttingBoard LLC

## **ORDER**

Plaintiff's Second Unopposed Motion to Extend Time to Answer, docket no. 9, is GRANTED. The deadline for Defendant B&W Custom Truck Beds, Inc. to answer or otherwise respond to Plaintiff's complaint is EXTENDED to June 15, 2020. No further extensions will be granted without good cause.

DATED this 28th day of May, 2020.

Thomas S. Zilly
United States District Judge

Presented by:

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA #26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983
*mike@atkinsip.com*

Attorneys for Plaintiff CuttingBoard LLC

SECOND UNOPPOSED MOTION AND
ORDER TO EXTEND TIME TO ANSWER BY
14 DAYS -- 2

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983